

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00563-CV

**HOLLY RIDGE HEALTHCARE, P.A.**,
Appellant

v.

**UNITED BIOLOGICS, LLC** d/b/a United Allergy Services,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2014CV02437
Honorable Jason W. Wolff, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, we REVERSE the trial court's judgment and REMAND this cause to the trial court for further proceedings. We tax appellate costs of court against appellee United Biologics, LLC d/b/a United Allergy Services. *See* TEX. R. APP. P. 43.4.

SIGNED December 23, 2015.

_____
Patricia O. Alvarez, Justice